**LAROCCA HORNIK ROSEN
GREENBERG & BLAHA LLP**
*Attorneys for Defendant*
*Equinox Holdings, Inc.*
83 South Street, 3rd Floor
Freehold, NJ 07728
(732) 409-1144

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

-------------------------------------------------X

| | |
|---|---|
| LESLEY MCCARTHY and KIM KENNEDY on behalf of themselves and all other similarly situated, | CASE NO. 2:14-CV-00037-FSH-JBC (Civil Action) |
| Plaintiffs, | **<u>NOTICE OF MOTION</u>** |
| v. | |
| EQUINOX HOLDINGS, INC., JOHN DOES 1-25. | |
| Defendants. | |

-------------------------------------------------X

TO: Law Offices of Joseph K. Jones, LLC
375 Passaic Avenue, Suite 100
Fairfield, New Jersey 07004

**PLEASE TAKE NOTICE** that defendant Equinox Holdings, Inc. ("Equinox"), by its attorneys, LaRocca Hornik Rosen Greenberg & Blaha LLP, will move this Court before the Honorable Faith S. Hochberg, on **April 7, 2014**, at a time to be determined by this Court, at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order pursuant to FRCP

12(b)(6) dismissing Plaintiffs' First Amended Complaint with prejudice, and granting such other and further relief as the Court deems just and proper; and

**PLEASE TAKE FURTHER NOTICE** that, in support of its motion, Equinox will rely on the attached Certification of Lawrence S. Rosen dated March 14, 2014, exhibit A attached thereto, the Affidavit of Kevin S. Morris, dated March 12, 2014, exhibits A through C attached thereto, the memorandum of law in support of the motion, and upon all reply papers and pleadings; and

**PLEASE TAKE FURTHER NOTICE** that the original of this Notice of Motion and all supporting papers are being filed with the Clerk of the Court in which venue is laid, and that service of the within Notice of Motion and all supporting papers has been made in accordance with Fed. R. Civ. P. 5; and

**PLEASE TAKE FURTHER NOTICE** that a proposed Order granting the relief requested is submitted herewith in accordance with the provisions of L. Civ. R. 7.1(e).

                    LAROCCA HORNIK ROSEN
                    GREENBERG & BLAHA LLP
                    *Attorneys for Defendant*
                    *Equinox Holdings, Inc.*

                    By: Lawrence S. Rosen (LR 8027)

Date: March 14, 2014